AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT
## for the
### Western District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) Case No. 2:25CR-20034-JTF-001 |
| JEREMY BANKS | ) |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JEREMY BANKS [USM# 64780-511],

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☒ Pretrial Release Violation   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Defendant Violated Pretrial Release Bond Condtions.

Date: 07/10/2025

Ross Herrin
*Issuing officer's signature*

City and state: Memphis, TN

Wendy R. Oliver, Clerk, U. S. District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* July 10, 2025, and the person was arrested on *(date)* July 15, 2025
at *(city and state)* Memphis, TN

Date: July 15, 2025

*Arresting officer's signature*

Madison Futrell : DUSM
*Printed name and title*